# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>JOHN ANTHONY MILLER,<br><br>    Defendant | Case No.: 2:23-cv-01895-APG-EJY<br><br>**Order Transferring Case** |

In light of the related criminal case (2:23-cr-00221-JAD-DJA) assigned to Judge Dorsey,

I ORDER that this case is TRANSFERRED to Judge Dorsey.

DATED this 29th day of November, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE